IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ANTHONY JONES, | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:11-cv-486 |
| | § | |
| VANGUARD RESOURCES, INC., | § | |
|     Defendant. | § | |

## JOINT MOTION FOR ENTRY OF TAKE NOTHING JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Anthony Jones and Defendant Vanguard Resources, Inc. file this Joint Motion for Entry of Take Nothing Judgment and respectfully show the Court as follows:

The parties have entered into an agreement which resolves this case and have agreed that this action should be dismissed with prejudice and with a take nothing judgment entered. Therefore, the parties request that the Court enter the judgment as agreed upon and submitted by the parties.

WHEREFORE, premises considered, the parties request that the Court enter a take nothing judgment pursuant to the parties agreement.

Respectfully submitted,

_Ronald Huff w/permission_ /mm/
Ronald R. Huff (SBN 10185050)
Attorney and Counselor at Law
112 South Crockett Street
Sherman, Texas 75090
(903) 893-1616 (telephone)
(903) 813-3265 (facsimile)
**ATTORNEY FOR PLAINTIFF**

_Inez McBride_
Inez M. McBride (SBN 13331700)
HOLLAND & HOLLAND, L.L.C.
North Frost Center
1250 N.E. Loop 410, Ste. 808
San Antonio, Texas 78209
Telephone: (210) 824-8282
Facsimile: (210) 824-8585
**ATTORNEY FOR DEFENDANT**