IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ANTHONY JONES, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:11-cv-486 |
| | § | |
| VANGUARD RESOURCES, INC., | § | |
| Defendant. | § | |

## ORDER GRANTING JOINT MOTION FOR ENTRY OF TAKE NOTHING JUDMGMENT

On this day came before the Court the parties Joint Motion for Entry of Take Nothing Judgment. After reviewing the pleadings and the motion the Court finds that the Motion should be granted.  It is therefore,

ORDERED, ADJUDGED AND DECREED, that Plaintiff, Anthony Jones, shall take nothing of and from Defendant Vanguard Resources, Inc. and it is further

ORDERED, ADJUDGED AND DECREED, that this case is dismissed with prejudice to the refiling of same.  Each party shall be responsible for their own costs and attorney's fees.

**It is SO ORDERED.**

**SIGNED this 24th day of February, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE

APPROVED:

___/s/_____      __/s/_____
Ronald R. Huff (SBN 10185050)     Inez M. McBride (SBN 13331700)
Attorney and Counselor at Law     HOLLAND & HOLLAND, L.L.C.
112 South Crockett Street     North Frost Center
Sherman, Texas 75090     1250 N.E. Loop 410, Ste. 808
(903) 893-1616 (telephone)     San Antonio, Texas 78209
(903) 813- 3265 (facsimile)     Telephone: (210) 824-8282
**ATTORNEY FOR PLAINTIFF**     Facsimile: (210) 824-8585
    **ATTORNEY FOR DEFENDANT**